IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIDEL JACKSON,

        Plaintiff,                  No. 2:11-cv-0009 KJN P

     vs.

R.J. RACKLEY, et al.,

        Defendants.            <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding without counsel, has filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the certificate portion of the request which must be completed by plaintiff's institution of incarceration has not been filled out.  Also, plaintiff has not filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint.  <u>See</u> 28 U.S.C. § 1915(a)(2).  Therefore, plaintiff will be provided the opportunity to submit a completed in forma pauperis application and a certified copy in support of his application.

////

////

////

1

1  In accordance with the above, IT IS HEREBY ORDERED that:

2  1. Within thirty days from the date of this order, plaintiff shall complete the

3  attached Notice of Submission and submit the following documents to the court:

4  a. A complete Application to Proceed In Forma Pauperis By a Prisoner;

5  and

6  b. a certified copy of plaintiff's prison trust account statement for the six

7  month period immediately preceding the filing of the complaint.

8  2. The Clerk of the Court is directed to send plaintiff a new Application to

9  Proceed In Forma Pauperis By a Prisoner; and

10  3. Plaintiff's failure to comply with this order may result in the dismissal of this

11  action without prejudice.

12  DATED: January 11, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

jack0009.3c+

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIDEL JACKSON,

     Plaintiff,                      No. 2:11-cv-0009 KJN P

     vs.

R.J. RACKLEY, et al.,              NOTICE OF SUBMISSION

     Defendants.

_____/

     Plaintiff hereby submits the following document in compliance with the court's order filed _____:

          _____       Complete Application to Proceed In Forma Pauperis By a Prisoner/Certified Copy of Prison Trust Account Statement

DATED:

                                                   Plaintiff