IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIDEL JACKSON,

      Plaintiff,                    No. 2:11-cv-0009 KJN P

    vs.

R.J. RACKLEY, et al.,

      Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel. On January 7, 2011, (Dkt. No. 4) plaintiff consented to proceed before the undersigned. By order filed March 1, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Although it appears from the file that plaintiff's copy of the order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

////

////

1

1   IT IS HEREBY ORDERED this action is dismissed without prejudice.  <u>See</u> Local
2 Rule 110; Fed. R. Civ. P. 41(b).
3 DATED:  April 12, 2011

```
                                    _____
                                    KENDALL J. NEWMAN
                                    UNITED STATES MAGISTRATE JUDGE
```

7 jack0009.fta